IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CORINNE ALTHEIMER**                                                                        **PLAINTIFF**

V.                                              **4:16CV000769 JM**

**LITTLE ROCK SCHOOL DISTRICT**                                                **DEFENDANT**

## ORDER OF DISMISSAL

Ms. Altheimer filed this lawsuit *pro se* on October 21, 2016. Her motion to proceed *in forma pauperis* was denied on October 24, 2016 based on the income and benefits listed in her motion. At that time, she was directed to pay the $400.00 filing fee in order to proceed with this action. Ms. Altheimer was warned that her case could be dismissed if she did not comply with the Court Order.

Ms. Altheimer has failed to pay the $400.00 filing fee as directed and the time for doing so has passed.

Accordingly, Ms. Altheimer's claims are dismissed, without prejudice, under Local Rule 5.5(c), for failure to comply with a Court Order. The Clerk is directed to close this case.

IT IS SO ORDERED this 24th day of January, 2017.

_____
UNITED STATES DISTRICT JUDGE